UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**Katrina Van Cortlandt**

                 Plaintiff,

-against-

**Westchester County, et al**

                 Defendant,
------------------------------------------------------------X

***ORDER***

FILENAME - P:\CRD FORMS\2254 ORDER (Rev. 5/09)

Judge : **Paul E. Davison, U.S.M.J**

Case Number: 07-cv-01783-PED

**PAUL E. DAVISON, United States Magistrate Judge:**

    The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

    ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: April 16, 2010
       White Plains, New York

So Ordered:

_____
Paul E. Davison
United States Magistrate Judge